160 A.3d 1277

IN THE MATTER OF JACQUELINE ROCHELLE HARRIS, AN ATTORNEY AT LAW

May 31, 2017

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g) (4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **JACQUE-**

220

**LINE ROCHELLE HARRIS**, formerly of **ORANGE**, who was admitted to the bar of this State in 1990, and who has been temporarily suspended from the practice of law since May 3, 2013, by Order of the Court filed pursuant to *Rule* 1:20–17(e)(i) on April 3, 2013, and good cause appearing;

It is ORDERED that **JACQUELINE ROCHELLE HARRIS** is temporarily suspended from the practice of law, effective immediately, and pending her compliance with the Order filed April 3, 2013, and until the further Order of this Court; and it is further

ORDERED that **JACQUELINE ROCHELLE HARRIS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **JACQUELINE ROCHELLE HARRIS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JACQUELINE ROCHELLE HARRIS** continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.